IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CIVIL ACTION NO.   4:24-cv-4346-JD |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| $415,104 IN UNITED STATES | ) |
| CURRENCY, | ) |
| | ) |
| Defendant *In Rem*. | |

## WARRANT OF ARREST IN REM

TO:    Any Marshal or other United States officer or employee authorized to execute this Warrant of Arrest In Rem:

WHEREAS, on August 8, 2024, the United States of America filed a verified complaint for civil forfeiture in the United States District Court for the District of South Carolina against $415,104 in United States currency ("Defendant Currency"), alleging that the Defendant Currency is subject to seizure and civil forfeiture to the United States for the reasons alleged in the complaint; and

WHEREAS, the Defendant Currency is currently in the possession, custody, or control of the United States; and

WHEREAS, in these circumstances Supplemental Rule G(3)(b)(i) directs the Clerk of the Court to issue an arrest warrant *in rem* for the Defendant Currency; and

WHEREAS, Supplemental Rule G(3)(c)(i) provides that the warrant of arrest *in rem* must be delivered to a person or organization authorized to execute it, who may be

1

a marshal or any other United States officer or employee, someone under contract with the United States, or someone specially appointed by the court for that purpose.

YOU ARE, THEREFORE, HEREBY COMMANDED to arrest the Defendant Currency, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court.

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon.

IN WITNESS WHEREOF, I, Clerk of the United States District Court for the District of South Carolina, have caused the foregoing Warrant of Arrest in Rem to be issued pursuant to the authority of the Supplemental Rule G(3)(b)(i) and the applicable laws of the United States and have hereunto affixed the seal of said Court at Florence, South Carolina, this <u>9th</u> day of <u>August</u> 2024.



ROBIN L. BLUME, Clerk
United States District Court
District of South Carolina


By: <u>s/Sharon Welch Meyer</u>
       Deputy Clerk Deputy Clerk

## <u>RETURN</u>

DATE WARRANT RECEIVED:        _____

DATE AND TIME WARRANT EXECUTED: _____

SIGNATURE & TITLE: _____